JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYSE STRIBLING, | Case No. CV 14-4299-FMO (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: June 30, 2015

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE